FILED

12/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0537

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.:  DA 23-0537

FLATHEAD COUNTY, a political subdivision of the State of Montana acting through its Commissioners,

Respondent/Appellant,

vs.

BLUEMOON REFINERY, LLC, a Montana Limited Liability Company,

Petitioner/Appellee.

**On Appeal from the Eleventh Judicial District Court, Flathead County
Cause No.:  DV-15-2022-0001246-JR**

**ORDER**

Bruce A. Fredrickson
Angela M. LeDuc
Rocky Mountain Law Partners, P.C.
1830 3rd Avenue East, Suite 301
P. O. Box 1758
Kalispell, MT 59903-1758
Telephone:   (406) 314-6011
Facsimile:    (406) 314-6012
E-mail:        bruce@rmtlawp.com
                    angie@rmtlawp.com
*Attorneys for Petitioner/Appellee*

Susan B. Swimley
1807 West Dickerson, Unit B
Bozeman, MT 59715
Telephone: (406) 586-5544
Facsimile: (406) 586-3130
swimley@swimleylaw.com

Tara DePuy
P.O. Box 222
Livingston, Montana 59047
Telephone: (406) 223-1803
Facsimile: (406) 222-7865
attorney@riverworks.net
*Attorneys for Respondent/Appellant*

-1-

Based upon Appellee's Unopposed Motion for Extension of Time to file its Response to Appellant's Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellee shall file and serve its Response to Appellant's Opening Brief on or before January 12, 2024.

*[Electronically signed and dated above.]*

-2-

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 14 2023